AO 91 (Rev. 11/11) Criminal Complaint

\_\_\_\_\_ FILED \_\_\_\_\_ ENTERED
\_\_\_\_\_ LOGGED \_\_\_\_\_ RECEIVED

# UNITED STATES DISTRICT COURT
for the
District of Maryland

APR 19 2018

AT BALTIMORE
CLERK, U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY \_\_\_\_\_ DEPUTY

| | | |
|---|---|---|
| United States of America<br>v.<br>Orneth Patrick SOUTH,<br>Ryan Shevin SMITH, and<br>"John Doe," a/k/a "Thirsty"<br><br>*Defendant(s)* | )<br>)<br>)  Case No.<br>)<br>)<br>)<br>) | 18-1190 BPG<br><br>18-1191 BPG |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of **January 22, 2018** in the county of **Wicomico** in the \_\_\_\_\_ District of **Maryland**, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| Interference with Interstate Commerce by Robbery | 18 U.S.C. § 1951(a) |
| Using, Carrying and Brandishing a Firearm During and in Relation to a Crime of Violence | 18 U.S.C. § 924(c) |

This criminal complaint is based on these facts:

See Affidavit attached hereto and incorporated by reference.

☑ Continued on the attached sheet.

*Complainant's signature*

Sung Kim, Special Agent, FBI
*Printed name and title*

Sworn to before me and signed in my presence.

Date: **04/19/2018**

*Judge's signature*

City and state: **Baltimore, Maryland**   Beth P. Gesner, Chief U. S. Magistrate Judge
*Printed name and title*