FILED
US DISTRICT COURT
DISTRICT OF MARYLAND
2019 MAR -6 AM 10: 02
CLERK'S OFFICE
AT BALTIMORE
BY_____DEPUTY

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

UNITED STATES OF AMERICA

v.

RYAN SHEVIN SMITH,

Defendant.

Criminal No. RDB-18-0271

\* \* \* \* \* \* \* \* \* \* \* \* \* \*

## MEMORANDUM ORDER

This case arises from allegations that Defendant Ryan Shevin Smith ("Defendant" or "Smith") and his two co-defendants used a firearm to rob a Loomis Armored vehicle of $1,324,288.00 on January 22, 2018 in Salisbury, Maryland. A properly assembled grand jury has indicted Smith and his co-conspirators, bringing charges of conspiracy to commit Hobbs Act robbery in violation of 18 U.S.C. § 1951(a) (Count One); commission of Hobbs Act robbery in violation of 18 U.S.C. § 1951(a) and 18 U.S.C. § 2 (Count Two); and brandishing a firearm during and in relation to a crime of violence in violation of 18 U.S.C. § 924(c)(1)(A)(ii) and 18 U.S.C. § 2 (Count Three). (Original Indictment, ECF No. 12; Superseding Indictment, ECF No. 25.) The Co-Defendants South and Watts both pled guilty to Count Two of the Superseding Indictment, charging them with Hobbs Act robbery and aiding and abetting in violation of 18 U.S.C. § 1951(a) and § 2. Prior to pleading guilty to Counts One and Two of the Original Indictment, Smith made an oral motion to dismiss all the charges in the Indictment, arguing that this Court cannot exercise jurisdiction over him based on the oft-

1

rejected "flesh and blood" argument. For the reasons set forth on the record on March 4, 2019, and further stated herein, this Motion is DENIED.

Before his Rule 11 Colloquy, Smith made a brief statement in which he contended that he was a "natural citizen" subject only to the "authority of God." These arguments resemble the patently frivolous "flesh and blood" argument associated with the "sovereign citizen" philosophy. Adherents to this argument contend that the federal courts lack jurisdiction over them based on misguided appeals to centuries-old case law and obsolete legal dictionaries, among other sources. *See United States v. Mitchell*, 405 F. Supp. 2d 602, 605 (D. Md. 2005) (describing the nature and sources of these arguments). The United States Court of Appeals for the Fourth Circuit has characterized this argument as "ill-advised" and "self-defeating." *United States v. Jenkins*, 311 F. App'x 655, 656 (4th Cir. 2009). This Court and others have rejected it repeatedly. *See, e.g., Kilgore-Bey v. Rudey*, RDB-18-0007, 2018 WL 1135391, at *2 (D. Md. Feb. 28, 2018) (rejecting arguments which resembled the "flesh and blood" or "sovereign man" philosophy); *Weese v. Maryland*, PWG-17-2584, 2017 WL 8780880, at *1 (D. Md. Dec. 8, 2017) (describing these arguments as "legally frivolous"); *United States v. Secretary of Kansas*, 03-1170-JTM, 2003 WL 22472226, at *1 (D. Kan. Oct. 30, 2003) (rejecting *pro se* motion to dismiss relying on the "flesh and blood" argument).

By statute, federal district courts "have original jurisdiction, exclusive of the courts of the States, of all offenses against the laws of the United States." 18 U.S.C. § 3231. A properly convened federal grand jury charged Smith with crimes established by acts of Congress, including Hobbs Act robbery in violation of 18 U.S.C. § 1951(a) and brandishing a firearm during a crime of violence, in violation of 18 U.S.C. § 924(c)(1)(A)(ii). Accordingly, this Court

clearly has jurisdiction over these Charges. Having pled guilty to Counts One and Two, Smith now will stand trial on Count Three commencing on Monday, March 11, 2019.

For these reasons, it is HEREBY ORDERED this 6th day of March, 2019 that:

1. Defendant Ryan Shevin Smith's oral Motion to Dismiss all Charges is DENIED; and

2. The Clerk of Court shall transmit a copy of this Order to counsel of record.

/s/ Richard D. Bennett

Richard D. Bennett
United States District Judge