3/12/2019 5:48 PM

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

UNITED STATES OF AMERICA

v.

RYAN SHEVIN SMITH,

Defendant.

Criminal No.   RDB-18-271

### Joint Exhibit List

| Gov. Exhibit No. | Description | ADMIT | ID |
|---|---|---|---|
| 1A | Map of SECU and surrounding area | MAR 1 1 2019 | MAR 1 1 2019 |
| 1B | Large version of map of SECU and surrounding area | MAR 1 1 2019 | MAR 1 1 2019 |
| 2 | Exterior photo of SECU | MAR 1 1 2019 | MAR 1 1 2019 |
| 3 | Aerial photo of Loomis Armored truck at SECU | MAR 1 1 2019 | MAR 1 1 2019 |
| 4 | Compilation of SECU video footage | MAR 1 1 2019 | MAR 1 1 2019 |
| 5 | Compilation SECU video footage (alternative view) | MAR 1 1 2019 | MAR 1 1 2019 |
| 6A | 17 still photos from SECU video footage | MAR 1 1 2019 | MAR 1 1 2019 |
| 6B | Large version of SECU still – Watts holding two guns | MAR 1 2 2019 | MAR 1 2 2019 |
| [empty] | | | |
| 6D | Large version of SECU still – Smith departing with cash; South approaching | MAR 1 2 2019 | MAR 1 2 2019 |
| 7 | Loomis Armored video footage | MAR 1 1 2019 | MAR 1 1 2019 |
| 8 | 12 still photos from Loomis Armored footage | MAR 1 1 2019 | MAR 1 1 2019 |
| 9 | Watts Plea and cooperation agreement | | MAR 1 2 2019 |
| 10A | Audio and Video of Ryan Smith Interview – 4/17/2018 | MAR 1 2 2019 | MAR 1 2 2019 |
| 10B | Transcript of Ryan Smith Interview – 4/17/2018 | | MAR 1 2 2019 |

1

| Def. Exhibit No. | Description | ADMIT | ID |
|---|---|---|---|
| 1 | Photo of McCray Interview – 1/30/18 | MAR 1 1 2019 | MAR 1 1 2019 |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

2