IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

UNITED STATES OF AMERICA
**Plaintiff**                    *

vs.                              *    Case No.: ELH-18-0271
**RYAN SHEVIN SMITH**
                                 *
**Defendant**
                                 *

******

### Stipulation Regarding Return of Exhibits

The parties hereby **STIPULATE** that the below listed physical exhibits be returned to the custody of and retained by counsel who offered them, pending appeal.

**GOVERNMENT'S EXHIBITS**                  **DEFENDANT'S EXHIBITS**

All                                        All
_____            _____
_____            _____
_____            _____

All Government's exhibits                  All Defendant's exhibits
Returned: 3/13/19                          returned: 3/13/19

Received the above listed exhibits this date:

Counsel for Government:                    Counsel for Defendant:
P. Michael Cunningham                      Christopher Nieto
Paul Riley

Date: March 13, 2019