UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| v. | : | RDB-18-0271 |
| RYAN SHEVIN SMITH | : | |

### VERDICT FORM

How do you find defendant **RYAN SHEVIN SMITH** as to **COUNT THREE** (Use of a Firearm During and in Relation to a Crime of Violence)?

Not Guilty _____     Guilty ___✓___

### SPECIAL QUESTIONS

**If, and only if,** you find the defendant **RYAN SHEVIN SMITH** Guilty as to Count Three, you must answer the following questions:

1. Do you unanimously find the defendant guilty of using the black, semi-automatic firearm in the commission of the offense?

   No _____     Yes ___✓___

   a. If, and only if, your answer to the above question 1 is yes, do you unanimously find that in committing the crime, the firearm was brandished?

      No _____     Yes ___✓___

2. Do you unanimously find the defendant guilty of using the silver handgun taken from the driver in the commission of the offense?

   No _____     Yes ___✓___

   b. If, and only if, your answer to the above question 2 is yes, do you unanimously find that in committing the crime, the firearm was brandished?

      No _____     Yes ___✓___

_____ The foregoing constitutes the **unanimous** verdict of the jury.

**SIGNATURE REDACTED**        March 13, 2019
FOREPERSON                    DATE